Brett Shainfeld (SBN: 245093)
*brett@shainfeld-anvar.com*
Jessica Anvar (SBN: 250610)
*jessica@shainfeld-anvar.com*
12304 Santa Monica Blvd, Suite 100
Los Angeles, CA 90025
Telephone: (310) 442-1410
Facsimile: (877) 566-8828

Attorneys for Plaintiff, DAVID M. GOODRICH, in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of Debra McDaniel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. GOODRICH, in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of Debra McDaniel,<br><br>Plaintiff,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC., and DOES 1 – 10, inclusive, and each of them,<br><br>Defendants. | Case No.: 2:14-CV-02991-CBM-JEM<br><br>**PLAINTIFF'S NOTICE OF ASSOCIATION OF COUNSEL** |

**TO THE HONORABLE COURT AND ALL PARTIES TO THIS ACTION:**

PLEASE TAKE NOTICE that Plaintiff, DAVID M. GOODRICH, in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of Debra McDaniel hereby associates as counsel for Plaintiff:

Darin Shaw (SBN: 251037)

Law Offices of Darin Shaw

825 S. Primrose Ave., Suite B

Monrovia, CA 91016

lawofficesds@gmail.com

T: 877-224-0217

F: 626-513-8816

All papers to be served upon Plaintiff and his present counsel should also be served to Darin Shaw at the above address.

I consent to the above association.

Dated: October 29, 2014          SHAINFELD & ANVAR, PC


/s/ *Jessica Anvar*

Jessica Anvar

Attorneys for Plaintiff, DAVID M. GOODRICH, in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of Debra McDaniel

I consent to the above association.

Dated: October 29, 2014          LAW OFFICES OF DARIN SHAW


/s/ *Darin Shaw*

Attorneys for Plaintiff, DAVID M. GOODRICH, in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of Debra McDaniel

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over eighteen years and not a party to the within-entitled action. My business address is Shainfeld & Anvar, PC, 12304 Santa Monica Boulevard, Suite 100, Los Angeles, California 90025.

The foregoing document was served via ECF on all parties and their attorneys of record in *David M. Goodrich, in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of Debra McDaniel v. NCO Financial Systems Inc., and DOES 1 - 10, inclusive, and each of them, Case No. 2:14-CV-02991-CBM-JEM*, via ECF.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California.

Dated: October 29, 2014         /s/ *Rosenda Camacho*
                                Rosenda Camacho

PAGE 3 OF 3